IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| James Toole,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner<br>of Social Security,<br>　　　　　　Defendant. | Civil Action No. 5:20-cv-1140-CMC<br><br>**ORDER** |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 22. In his petition, Plaintiff seeks an award of attorney's fees in the amount of $3,771.56, representing 8.5 attorney hours at the rate of $202.50 per hour, 20.25 paralegal hours at the rate of $101.25 per hour, and $21.15 in expenses.

The Commissioner filed a response indicating that she does not oppose payment of $3,771.56 in attorney's fees and $21.15 in expenses to Plaintiff. ECF No. 23. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $3,771.56 in attorney's fees and $21.15 in expenses, payable directly to Plaintiff and delivered to the business address of Plaintiff's counsel.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　s/Cameron McGowan Currie
　　　　　　　　　　　　　　　　　　　　　　　　CAMERON MCGOWAN CURRIE
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Columbia, South Carolina
July 21, 2021